1  **THOMPSON THOMPSON & ALCANTARA, P.C.**
   238 Archbishop Flores Street, Suite 801
2  Hagåtña, Guam 96910
   Telephone:  (671) 472-2089
3  Facsimile:   (671) 477-5206

4  Attorneys for Defendant University of Guam

5

6                    **IN THE DISTRICT COURT OF GUAM**

7                           TERRITORY OF GUAM

8  RONALD L. MCNINCH JR.,            )      **CIVIL CASE NO. 16-00021**
                                     )
   Plaintiff,                        )
9                                    )
   v.                                )      **MOTION TO DISMISS**
10                                   )      **PLAINTIFF'S COMPLAINT**
   UNIVERSITY OF GUAM,               )      [FED. R. CIV. P. **12(b)(6)**]
11                                   )
   Defendant.                        )
12  _____ )

13

14         Defendant UNIVERSITY OF GUAM hereby moves the Court, pursuant to Rule

15  12(b)(6) of the Federal Rules of Civil Procedure, to dismiss this instant action for failure to state

16  a claim.  The motion is supported by a memorandum of points and authorities being filed

    contemporaneously with this motion.
17
           Dated this 28th day of June, 2016.
18
                                 **THOMPSON THOMPSON & ALCANTARA, P.C.**
19                               Attorneys for Defendant University of Guam

20

21                               By:___/s/ R. TODD THOMPSON_____
                                         **R. TODD THOMPSON**
22

23  P162049.RTT

24